B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  Judith Ann Bobrowsky                ,                    Case No.  14 B 01227
         Debtor

                                                                Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foreigoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$  76.50        Check one  ☐  With the filing of the petition, or
                           ☒  On or before  February 14, 2014

$  76.50        on or before  March 14, 2014

$  76.50        on or before  April 16, 2014

$  76.50        on or before  May 16, 2014

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  January 24, 2014

_____
*United States Bankruptcy Judge*